MILLIE METZROTH, as Administratrix of the Estate of CHARLES P. METZROTH, Deceased, Appellant, *v.* CITY OF NEW YORK et al., Respondents, Impleaded with Others.

(Submitted March 29, 1926; decided April 6, 1926.)

MOTION to amend remittitur. (See 241 N. Y. 470.)

Motion granted, without costs. Return of remittitur requested and when returned said remittitur will be amended by striking out names of defendants Jacob Volk and Volk Housewrecking Co., Inc., respondents.

---

EDWIN F. McGEE, Appellant, *v.* NATHAN LEVY, Respondent.

*Appeal — failure to file undertaking with clerk of court wherein original judgment or order was entered — motion to dismiss appeal granted.*

*McGee* v. *Levy,* 215 App. Div. 720, appeal dismissed.

(Submitted March 29, 1926; decided April 6, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 13, 1925, which reversed an order of Special Term denying a motion to dismiss the complaint and granted said motion.

The motion was made upon the ground of failure to file the required undertaking.

*Morris Schneider* for motion.

No one opposed.

Appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of THEODORUS BAILEY, Respondent, *v.* ROBBINS S. RUTHERFORD, Appellant.

(Submitted March 29, 1926; decided April 6, 1926.)

Motion for reargument denied, without costs. Motion to amend remittitur granted. Return of said remittitur requested and when returned same will be deemed amended so as to provide that appellant pay to respondent the sum of $1,113.90, with costs to appellant in this court. (See 242 N. Y. 220.)